**Order filed March 4, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-18-00865-CV
_____

## IN THE INTEREST OF F.M.E.A.F., A.A.F.H., AND A.J.F.H., CHILDREN

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-04982J**

---

## O R D E R

The clerk's record was filed October 11, 2018. Our review has determined that relevant items have been omitted from the record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 11, 2019**, containing:

1) ORIGINAL PETITION FOR PROTECTION OF A CHILD AND AFFIDAVIT [Image No. 57246377]

2) ORDER FOR PROTECTION OF A CHILD IN AN EMERGENCY AND NOTICE OF HEARING [Image No. 57247944]

3) A.H. JR.'S NOTICE OF APPEAL [Image No. 82171345]

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM